# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0247

_____

REGINA KIARA TALEESE
EDWARDS,

    Appellant,

    v.

STATE OF FLORIDA, Department
of Revenue, Child Support
Program and JHAKEECE
ANTONIO STOKES,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
W. David Watkins, Judge.

May 27, 2026

PER CURIAM.

DISMISSED. *See White v. Department of Revenue*, 390 So. 3d 744 (Fla. 1st DCA 2024) (holding that an obligee of a final administrative support order does not have the right to seek judicial review under sections 409.2563 and 120.68(1)(a), Florida Statutes).

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Regina Kiara Taleese Edwards, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellees.